UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

       v.                      Cr. No. 01-102T

MARVIN ROBINSON

## ORDER DENYING PETITIONER'S MOTION FOR REDUCTION OF SENTENCE PURSUANT TO 18 U.S.C. §3582(c)(2)

Marvin Robinson has filed a motion for sentence reduction pursuant to 18 U.S.C. §3582(c)(2) and U.S.S. G. §§1B1.10 and 2D1.1. The Court's review of the record indicates that the defendant is ineligible for a reduction in sentence pursuant to 18 U.S.C. §3582(c) because he is classified as a career offender and his sentencing guideline range remains unchanged. Therefore, and for the reasons stated in the government's memorandum, the motion is denied.

By Order

/s/ _____
Deputy Clerk

ENTER:

/s/ Ernest C. Torres
Ernest C. Torres
Sr. U.S. District Judge
Date: October 21, 2008